5

RECEIVED

NOV 13 2017 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Louis E. Gulley #B18477

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:17-cv-08209
Judge Edmond E. Chang
Magistrate Judge Daniel G. Martin
PC11

vs.

Case No:___________________
(To be supplied by the Clerk of this Court)

Wexford Health Sources, Inc., J. Kelly, Mirsky, Williams; IDOC, John R. Baldwin, Sarah Johnson, Stateville CC, Randy Pfister, David Mansfield,

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: _Louis E. Gulley_

B.  List all aliases: _NIA_

C.  Prisoner identification number: _B18477_

D.  Place of present confinement: _Stateville Correctional Center_

E.  Address: _P.O. Box 112, Joliet, Illinois 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _Wexford Health Sources Inc._

Title: _Medical and Mental Health Care Provider_

Place of Employment: _Stateville Correctional Center_

B.  Defendant: _Jonathan Kelly_

Title: _Psychiatrist_

Place of Employment: _Stateville Correctional Center_

C.  Defendant: _Mirsky_

Title: _Psychiatric Administrator_

Place of Employment: _Stateville Correctional Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

11. Defendant(s):

D. Defendant: L. Williams

Title: Physician's Assistant

Place Of Employment: Stateville Correctional Center

E. Defendant: John R. Baldwin

Title: Acting Director Of IDOC

Place of Employment: IDOC-Springfield

F. Defendant: Sarah Johnson

Title: Administrative Review Board Member

Place Of Employment: IDOC - Springfield

G. Defendant: Randy Pfister

Title: Chief Administrative Officer - Warden

Place Of Employment: Stateville Correctional Center

H. David Mansfield

Title: Grievance Officer

Place Of Employment: Stateville Correctional Center

2-A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Louis E. Gulley -v-
# 1:17-cv-07656    Stateville CC, et al

B. Approximate date of filing lawsuit: October 23, 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Louis E. Gulley # B18477

D. List all defendants:

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US Dist. Court Northern Dist., Eastern Div.

F. Name of judge to whom case was assigned: Edmond E. Chang
Magistrate Daniel G. Martin

G. Basic claim made: Eighth Amendment - Cruel And Unusal
Punishment & Deliberate Idifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: Still Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On 4-28-17 I filed a grievance once I found out about all of the side effects to the medications Defendant Kelly put me on, additionally I filed the grievance as an emergency and when that denied I went through the normal procedure (see Grievance/ Grievance Officer Response/ARB Director Response Ex. A). On 4-22-15 Defendant Kelly put me on Risperdal, Remeron and Depakote without informing me of their side effects (see Treatment Plan/Progress Note Ex. B). Side effects are: Risperdal - Gynecomastia, sedation, restlessness, dry mouth, muscle stiffness, tremor, abdominal muscular movements, sexual dysfunction, elevated lipids, elevated blood sugar/heart irregularities; Remeron - Sedation, weight gain/increased appetite; and Depakote - tremor, stomach upset, easy bruising, hair loss, weight gain / sedation. On 6-17-15 I saw Defendant Kelly with two side effects listed weight gain/restlessness (see Progress Note Ex. C). On 9-23-15 I was Defendant Kelly three side effects listed weight gain, restlessness/tremors (see Progress Note Ex. D). On 1-12-16 I saw Defendant Kelly with a side effect of restlessness (see Progress Note Ex. E). On 4-27-16 I saw Defendant Kelly with three side effects tremors, dry mouth/muscle stiffness (see Progress Note Ex. F). On 4-27-16 Defendant Kelly gave me an IDOC Memorandum that listed medications and side effects, however gynecomastia was not listed (see

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Psychotropic Medication Information Sheet Ex. G). On 3-8-17 I saw Nurse Practitioner L. Nathan who II informed I had stiff muscles & asked about other side effects, upon giving me another form identicle to Ex. G she noticed these side effects missing: Gynecomastia, Galactorrhea, Pituitary tumors, breast cancer, osteoporosis, metabolic syndrome, hypertension, diabetes mellitus, diabetic ketoacidosis, hyperglycemia & insulin insufficiency. This prompted not only me but also N.P. Nathan to discontinue Risperdal and Depakote(see Progress Note Ex. H). Between 4-22-15 and 3-8-17 I had experienced and/or complained of weight gain, increased appetite, sleep deprivation, sore breast tissue, larger breast tissue, tremors and muscle stiffness as is documented in the exhibits appended hereto. Defendant Kelly did not inform me of the side effects of Risperdal & Depakote; Defendant Wexford failed to adopt a policy or practice fully advising and informing me of the side effects of anti-psychotic drugs like Risperdal and Depakote over the course of twenty-three months; Defendant Wexford knew that its custom, practice, and policy of informing me only of some of the side effects of Risperdal and Depakote could result in me suffering from a serious medical condition; Defendants Kelly, Wexford, Mirsky,

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and Williams knew of the substantial risk that Risperdal could cause Gynecomastia and rapid, longterm weight gain that could make it difficult to detect Gynecomastia; Defendants Baldwin, Johnson, Pfister & Manifield were in direct knowledge of the Risperdal side effects Pursuant to Ex.G and were still deliberately indifferent in failing to rectify the Situation. Per my grievance and this complaint I am suffering significant bodily and mental injuries, mental anguish, disfigurement, disfigurement, embarrassment, and inconvience. Consolidate the above with the new "Subjective Symptoms" and Physical Symptoms I don't know what's wrong with me and I'm afraid.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. That I be awarded compensatory & punitive damages against each Defendant; 2. That I undergo a fully battery of medical testing to ascertain whether or not I need surgery or other treatment as an injunction against the Defendants; 3. That I be awarded costs, attorney's fees etc... pursuant to 42 USC § 1988; 4. any other relief deemed just by this Court.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 02 day of Nov, 20 07

_Louis Gulley_
(Signature of plaintiff or plaintiffs)

Louis E. Gulley
(Print name)

B18477
(I.D. Number)

Stateville CC
P.O. Box 112
Joliet, Illinois 60434
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

B4/5 EX. A

Emergency Grievance

B4/5

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 4-28-2017  Offender: Louis Gulley (Please Print)  ID#: B-18477

Present Facility: Stateville C.C.  Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: ____/____/____
Date of Report

RECEIVED STATEVILLE C.C.
JUL 26 2017
GRIEVANCE DEPARTMENT BY

RECEIVED STATEVILLE C.C.
MAY -1 2017
GRIEVANCE DEPARTMENT BY 1225

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm filing this Grievance against Mental Health Doctor's. I'm not sure of the exact dates, but I believe it was around (4-22-15). I was prescribed psychiatric medication from around (4-22-15) until April-2017. I have been refusing the (Risperdal) every since, I became knowledgeable about (Gynecomastia). I been having serious chest pain, but I didn't know where the source of the problem was coming from and my chest became lopsided on the right chest. I discovery this is

**Relief Requested:** I'll wants people be inform of this (Gynecomastia) side effect of Risperdal any Doctor or legal fee and whatever do to me for my pain & suffering. Immediately treatment

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Louis Gulley  B-18477  04/28/2017
Offender's Signature  ID#  Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
MAY 10 2017
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name  Counselor's Signature  Date of Response

**EMERGENCY REVIEW**

Date Received: 5/1/17  Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  5/1/17  Date

Distribution: Master File; Offender  Page 1  DOC 0046 (8/2012)

a side effect to this (Risperdal) psychiatric medication (Gynecomastia) or swelling of breast tissue in men that cause chest pain. Dr. Kelly or anyother Doctor didn't warn me of the side-effect before prescribing this medication (Risperdal) to me. If I would have known that (Risperdal) cause (Gynecomastia) that would increase the size of my breast (chest) tissue I wouldn't have agree to take the medication, if I was (warn) a head of time of the side of effect. It's embarrassing to take a shower and mens looking at your chest like you'er deform or disfigured. Whatever the treatment is to correct what the (Risperdal) medication did. And be seen by the nurse or doctor for this pain and tissue growth in my chest with-out the co-pay becaue this pain have been on-going.

EX. A                    EX. A

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 7/26/17          **Date of Review:** 8/07/17          **Grievance #** H431, 1225

**Committed Person:** Louis Gulley                    **ID #:** B18477

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant claims on a grievance dated 4/28/17 that around 4/22/15 he was prescribed psychiatric medication until April 2017. Offender claims that he was been refusing Risperdal since he became aware of gynecomastia. Offender claims that he had been experiencing chest pain. Offender claims that a side effect of Risperdal is gynecomastia or swelling of breast tissue in men which causes chest pain. Offender claims that he was not warned about this side effect of Risperdal and had he known about it he would not have agreed to take it. Offender claims that he is embarrassed to take a shower due to his chest condition and requests to be seen by medical staff."

Grievance Officer finds that according to Psych Administrator Dr. Mirsky "Offender was seen by psychiatry on 7/15/17."

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:**     **Denied as grievant appears to be receiving medical care at this time. Offender is advised to sign up for sick call in order to address any medical issues or concerns.**

David Mansfield, CCII                              David Mansfield, CCII
Print Grievance Officer's Name                    Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-9-17          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                              8-9-17
                                                                      Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Committed Person's Signature                    ID#                         Date

Bruce Rauner
Governor

EX. A



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Gulley, Louis_     Date: _10/5/17_

Register # _B18477_

Facility: _Stateville_

This is in response to your grievance received on _8/21/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _4/28/17_ **Grievance Number:** _H431, 1225_ **Griev Loc:** _Stateville_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- Ø Other _Medical - side effect of gynecomastia due to Risperdal._

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Moot, as the medication has been discontinued. Offender is being seen for his medical concerns_

FOR THE BOARD: _Sarah Johnson_     CONCURRED: _John R. Baldwin_
                Sarah Johnson                              John R. Baldwin
          Administrative Review Board                    Acting Director

CC: Warden _Stateville_ Correctional Center
    _L. Gulley_ , Register No. _B18477_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Consent: 2-24-15
Airus: 2-24-15
B410

EX B

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

| Offender Name: GULLEY LOUIS | ID#: B18477 | DOB: 7-30-68 |
|---|---|---|
| Last, First, MI | | |

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

**Session Date/Time:** 4-22-15 / 138-2¹⁶   **Session Duration:** ½ hr

| Appearance: | ☒ Appropriate | ☐ Inappropriate | Concentration: | ☒ Appropriate | ☐ Inappropriate |
|---|---|---|---|---|---|
| Behavior: | ☐ Appropriate | ☒ Inappropriate | Memory: | ☒ Appropriate | ☐ Inappropriate |
| Mood: | ☒ Appropriate | ☐ Inappropriate (anxious, see above) | Speech: | ☒ Appropriate | ☐ Inappropriate |
| Affect: | ☐ Appropriate | ☒ Inappropriate (flat) | Thoughts: | ☒ Appropriate | ☐ Inappropriate |

**Subjective, Objective, Assessment**   Wgt 248 lbs.

SUBJECTIVE SYMPTOMS-
Now, no SI, HI, par id
① AH - "laugh at me"  ① VH  ① scared of Heights
① anx, angry mood swings
racing thoughts, distracted, sleep - "old" ☒ Anx ① depression 9 on 0-10

PSYCH MEDS- Depakote 500mg bid
Remeron 15mg QHS

COMPLIANCE- miss dose 2-3x/wk -
"I be sleeping"

SIDE EFFECTS- None

MEDICATION ALLERGIES- NKDA

MEDICAL PROBLEMS- none now.

BLOOD TEST RESULTS-
3-31-15   VPA   Let's Put ct  T.Bili  HIV
← to meantime and  ↑1.8  NR

MENTAL STATUS EXAM (OBJECTIVE)-
Objec no mania, depression, psychosis
No SI, HI. I/J fair. I/C intact now.

AXIS I   Bipolar disorder
II deferred (psychotic disorder)
III   none now
IV   incarceration
V   68

**Plan**

Told Pt he needs to lose wgt,
get belt size < 40 in -
he said belt size now 46-48 in
① depression 9 on 0-10

) meds "do help" - wants ↑ Depakote
all at nite, cont Remeron;
tata Risperdal for AH.

P
↑ de  Risperdal 2mg QHS
↑ ① Depakote 1500mg QHS
Remeron 15mg QHS

Blood tests ordered:
VPA, CBC, plat ct, LFTs.
Told Pt re results.
F/U 4 wks.

| Clinician Name (Print): DR. KELLY | Signature: J. Kelly MD |
|---|---|
| Facility: STATEVILLE | Title: MD, PSYCHIATRIST |

*Ex. B*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Mental Health Treatment Plan**

STA

**Offender Name:** GULLEY LOUIS    **Facility ID#:** B18477    **D.O.B.:** 7-30-68

| Axis I | Axis II | Axis III | Axis IV | Axis V |
|---|---|---|---|---|
| | | | | |

**Initial Treatment Plan**

| Problem # | Description | Treatment Goal | Intervention/Treatment Activities (Include frequency, duration, staff, and location) | Staff Responsible |
|---|---|---|---|---|
| | (See 2-24-15 M.H. RePlan) | Target Date: | | |
| | | Target Date: | | |
| | | Target Date: | | |
| | | Target Date: | | |
| | | Target Date: | | |

Notes/Additional Information: _____

_____

_____

_____

_____

_____

EX. B       EX. B

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Mental Health Treatment Plan

**Offender Name:** _Gulley, Louis_    **ID#:** _B18477_    **D.O.B.:** _7-30-68_

### Treatment Plan Review
(If new problems are established a new DOC 0284 should be completed)

| Problem # (From Initial Treatment Plan) | Was the treatment goal met? | If yes, provide date goal was met. | If treatment goal was not met, will it continue as a focus of treatment? (If no, an explanation should be provided in the comments.) | Comments |
|---|---|---|---|---|
| | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| | ☐ Yes ☐ No | | ☐ Yes ☐ No | |

**Additional Information:** _Ritperal 2mg QHS_
_Remeron 15mg QHS_
_4 Depakote 1500mg QHS_

### Confidentiality Disclosure Statement

I understand there are limits to confidentiality within a correctional setting. I understand that the treating Mental Health Professional is required to disclose any information regarding: Suicidal, Homicidal, and Self Injurious Ideation; Unreported Child or Elder Abuse/Neglect; Safety and Security Issues; and may disclose information for the purposes of Multidisciplinary Team Consultation or Placement Issues.

I have been informed of how to access available emergency mental health staff if I have a crisis, including an urge to hurt myself or others.

I understand my treatment responsibilities include participating in the treatment program and alerting correctional staff to any problems or issues that may arise as the result of treatment. Treatment may include psychiatric evaluation and treatment, individual or group psychotherapy sessions, and sex offender and/or substance abuse evaluation and treatment. I agree to honor the confidentiality of other group members, if applicable.

### Consent to Treatment

I voluntarily consent/accept that I receive treatment provided by the below listed professional and their designated assistants. My signature below constitutes formal acceptance of therapeutic services. I understand that this consent is voluntary and I may revoke my consent at any time. I also understand my right to grieve this plan at any time.

The nature and extent of the intended and probable consequences of refusal have been explained to me.

☑ I agree with this treatment plan    X _Ashley Gulley_    _11/30/2018_
☐ I do not agree with this treatment plan    Offender Signature    Date

☐ Check if offender refuses to sign. Provide reason: _____

| Clinician Name (Print) | Title | Clinician Signature | Date |
|---|---|---|---|
| _J. Kelly, MD_ | _Psychiatrist_ | _J. Kelly, MD_ | _4-22-15_ |

DOC 0284 (Rev. 6/2012)

**Distribution:** Offender Medical File

*Consent: 4-22-15*

*B415*

*EX. C*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

*A Mrg - not T.P.*

| | |
|---|---|
| **Offender Name:** GULLEY LOUIS | **ID#:** B18477   **DOB:** 7-30-68 |
| Last, First, MI | |

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

**Session Date/Time:** 6-17-15 2PE -2PS    **Session Duration:** 1/4 hr

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| **Appearance:** | ☒ | ☐ | **Concentration:** | ☒ | ☐ |
| **Behavior:** | ☒ | ☐ | **Memory:** | ☒ | ☐ |
| **Mood:** | ☒ | ☐ | **Speech:** | ☒ | ☐ |
| **Affect:** | ☒ | ☐ | **Thoughts:** | ☒ | ☐ |

**Subjective, Objective, Assessment**

WGT: 250 lbs
HGT: 5'9"

**SUBJECTIVE SYMPTOMS-**
Now, most Hi racing thoughts
⊕ AH "voices of the devil" ⊕ Par in
⊕ anxiety, mood swings, distract, sleep ↓↑
⊕ depression & mania

**PSYCH MEDS-** Depakote 1500mg QHS
Risperdal 2mg QHS
Remeron 15mg QHS

**COMPLIANCE-** compliant daily

**SIDE EFFECTS-** "dry mouth," diarrhea

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-** none now

**BLOOD TEST RESULTS-**
5-15-15  VPA  AST, ALT plt ct  tell I'm results.
63.3

**MENTAL STATUS EXAM (OBJECTIVE)-** Avoids eye
contact, flat affect. No angry mood, depression,
mania, psychotic. I/J limited. Memory intact nour

**AXIS I** BIPOLAR DISORD.
**II** PSYCHOTIC DIS. UNSP.  deferred
**III** none now
**IV** incarceration
**V** 78

**Plan**

"depakote sometimes" — I/z wants to
stay on same dose of meds.

Meds- Depakote 1500 mg QHS
Risperdal 2mg QHS
Remeron 15mg QHS

Blood tests due in 3 mos.

F/u 3 mos

| | |
|---|---|
| **Clinician Name** (Print): DR. KELLY | **Signature:** J. Kelly, MD |
| **Facility:** STATEVILLE | **Title:** MD, PSYCHIATRIST |

Consent: 4-22-15
Aims: 6-17-15
B 415

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

Aims - no T.D.

| Offender Name: | GULLEY Louis | ID#: | B18477 | DOB: | 7-30-68 |
|---|---|---|---|---|---|
| | Last, First, MI | | | | |

**S** = subjective, offender self-report of presenting problem; **O** = objective, clinician view of presenting problem; **A** = assessment, clinician assessment of offender; **P** = plan, current plan, link to treatment plan

**Session Date/Time:** 9-23-15  11:10 - 11:25      **Session Duration:** ¼ hr

| Appearance: | ☒ Appropriate | ☐ Inappropriate | Concentration: | ☐ Appropriate | ☒ Inappropriate distracted |
|---|---|---|---|---|---|
| Behavior: | ☒ Appropriate | ☐ Inappropriate | Memory: | ☒ Appropriate | ☐ Inappropriate |
| Mood: | ☒ Appropriate | ☐ Inappropriate | Speech: | ☒ Appropriate | ☐ Inappropriate |
| Affect: | ☐ Appropriate | ☒ Inappropriate | Thoughts: | ☒ Appropriate | ☐ Inappropriate |

Subjective, Objective, Assessment

**SUBJECTIVE SYMPTOMS-**    ( WOT: 295 lbs     flat

NOW, no Sχ Hi

① AH of the "devil" - "says God won't help me"

② VH of "the devil watching me"    ③ P12 10

Overall swings, racing thoughts, distracted, sleep 4"  depression 7 on 0-10

**PSYCH MEDS-** Depakote 1500 mg QHS
Risperdal 2mg QHS
Remeron 15 mg QHS

**COMPLIANCE-** ☒ comply daily

**SIDE EFFECTS-** "DK" . No gynecomastia, etc.

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-** "DK"   "knee swollen" -
"have put in to see Medical"

**BLOOD TEST RESULTS-** None

**MENTAL STATUS EXAM (OBJECTIVE)-** distracted
Objec. not angry, Depressed AH VH (delusions, Psychosis)
No Sχ, Hi.   I/J limited .   I/c serious.

**AXIS I** BY BIPOLAR DIS. w/psy.
**II** deferred   psychotic D/O, cont.
**III** None now
**IV** incarceration
**V** 50

Plan

④ " depression 7 on 0-10

"DoRily" - Inmate wants to cont. meds at same dose

Ⓟ

Meds - Depakote 1500mg QHS
Risperdal 2mg QHS
Remeron 15mg QHS

Blood tests ordered: VPA, CBC, glucose
LFT'S, lipids, HbA1c

F/U 3 mos

| Clinician Name (Print): DR. KELLY | Signature: J. Kelly, MD |
|---|---|
| Facility: STATEVILLE | Title: MD. PSYCHIATRIST |

Distribution    Offender Medical File

Consent: 9-23-15
Alrs: 9-23-15

*EXIE*

Alrs - no T.D.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

B415

| Offender Name: | GULLEY LEWIS | ID#: | B12477 | DOB: | 7-30-68 |
|---|---|---|---|---|---|
| | Last, First, MI | | | | |

**S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan**

Session Date/Time: 1-12-16 2³⁰ - 2³⁵   Session Duration: ¼ hrs

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| Appearance: | ☒ | ☐ | Concentration: | ☒ | ☐ |
| Behavior: | ☒ | ☐ | Memory: | ☒ | ☐ |
| Mood: | ☒ | ☐ | Speech: | ☒ | ☐ |
| Affect: | ☒ | ☐ | Thoughts: | ☒ | ☐ |

**Subjective, Objective, Assessment**

**SUBJECTIVE SYMPTOMS -**
now no SI HI AH VH Par id
"still 'be fighting' the devil" —
⊕ racing thoughts, distracted, sleep
⊕ depression "8" on 0-10.

**PSYCH MEDS -** Depakote 1500 mg QHS
Risperdal 2 mg QHS
Remeron 15 mg QHS

**COMPLIANCE -** ⊕ comply Daily

**SIDE EFFECTS -** None

**MEDICATION ALLERGIES -** NKDA

**MEDICAL PROBLEMS -** None now

**BLOOD TEST RESULTS -**
10-13-15  NbA1c  ASTALT  LDL  VPA  PLT CT
            ↑6    nl   nl  ↓10.5 nl

**MENTAL STATUS EXAM (OBJECTIVE) -**
Oblig, not manic, depression ↑↑,
VH/delusions. No SI/HI. Ins fair, Ic
intact now.

**AXIS I** Bipolar disord.
Psychotic disord.
**II** deferred
**III** none now
**IV** incarceration
**V** 70

**Plan**

Mood swings, poor judgment
laughs at me" — I/M decliner & Reg rehab
P 4⁰

"I read Bible — it calms me
down"

"doubtful" — I/M wants same Dr or

Meds — Depakote 1500 mg QHS
Risperdal 2 mg QHS
Remeron 15 mg QHS

Blood Test ordered: VPA/LFTs CBC
glut ct, Lipids HbA1c

Told I/M results

F/U 3 mos

| Clinician Name (Print) DR. KELLY | Signature: J. Kelly MD |
|---|---|
| Facility STATEVILLE | Title: MD, PSYCHIATRIST |

CONSENT: 9-23-15

AIMS: 1-12-16

B415

EX. F

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

**Offender Name:** GULLEY, LOUIS
Last, First, MI

**ID#:** B18477   **DOB:** 7-30-68

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

**Session Date/Time:** 4-27-16   12:30-12:50   **Session Duration:** 1/3 hr

| | Appropriate | Inappropriate | | Appropriate | Inappropriate |
|---|---|---|---|---|---|
| **Appearance:** | ☒ | ☐ | **Concentration:** | ☒ | ☐ |
| **Behavior:** | ☒ | ☐ | **Memory:** | ☒ | ☐ |
| **Mood:** | ☒ | ☐ | **Speech:** | ☒ | ☐ |
| **Affect:** | ☐ | ☒ | **Thoughts:** | ☒ | ☐ |

**Subjective, Objective, Assessment**

**SUBJECTIVE SYMPTOMS-**

WGT. 236 lbs   Plan (blunted)

Now ws/s/HI. PAR ID, "tenacity," "BB" *Dr. sleep

① HI,   ② VH of devil

③ anxiety, mood swings, racing thoughts

④ Depression "6" on 0-10

**PSYCH MEDS-** Depakote 1500mg QHS

Risperdal 2mg QHS

Remeron 15mg QHS

**COMPLIANCE-** miss meds if "be asleep"

**SIDE EFFECTS-** dizzy, shaking of hand ® - says no fever/growth/hair invol. movements otherwise, no gynecomastia

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-** none now

**BLOOD TEST RESULTS-**
1-26-16   HgbA1c LFTs   LOC   VPA   CBC plt ct
nl   plt   <10   nl plt

**MENTAL STATUS EXAM (OBJECTIVE)-** ⊕ hand tremor

No TD movements. Blunt affect. Avoids eye contact.

Objec, no mania, depressed, AH, VH, delusion, NO S/HI.

**AXIS I**   BIPOLAR DISKUSS-

R/O PSYCH. SPECTRUM DIS.

**II** Deferred

**III**   none now

**IV**   incarceration

**V**   68

---

"I'm 47 yo" (Can calculate age, give DOB, but says I'd R "Date," except year, can give "2016.")

"do help" - f/u, want to cont same meds, doses, despite SE (tremor)

R:

Meds-   Depakote 1500mg QHS
Risperdal 2mg QHS
Remeron 15mg QHS

Blood test ordered: VPA, LFTs, CBC plat ct, HgbA1c, lipids

F/u 4wks

f/u marginal
f/u content now

---

**Clinician Name, print** DR. KELLY

**Facility** STATEVILLE

**Signature** J. Kelly, MD

**Title** MD PSYCHIATRIST



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

### PSYCHOTROPIC MEDICATION INFORMATION

**DIRECTIONS:**
Your psychiatric provider has prescribed medication used to treat your symptoms. Your medication should be taken according to the directions explained by your provider and if you find yourself not able to take your medications as prescribed, please discuss this with him or her.

**ADMINISTRATION:**
Psychotropic medication is administered by a nurse either at cell front or when a medication line is called. Under no circumstances should you ever save your psychotropic medication or give it to another offender. If you choose not to take your psychotropic medication, please tell the nurse that you are "refusing". The nurse will then document the refusal and inform your psychiatric provider.

**REFUSAL:**
If you refuse your psychotropic medications, you will be expected to sign a refusal form.

**TYPES OF MEDICATION:**
Your psychiatric provider is prescribing medication from different CLASSES of medication. These classes include: antidepressants, anxiolytics (anti-anxiety), mood stabilizers, antipsychotics and side-effect medications

**SIDE EFFECTS:**
Your psychiatric provider will talk with you about the possible side-effects that you may experience when taking your psychotropic medication. You will find a list of common side effects below. Please inform staff about any of the side-effects you experience from medication.

**ALTERNATIVE TREATMENTS:**
Your psychiatric provider will talk to you about treatment options which include psychotropic medications in addition to group and individual therapies that are available to you in IDOC based upon your symptoms and level of functioning.

**CLASSES OF PSYCHOTROPIC MEDICATIONS**
1) **Antidepressants: This class of medications is used to treat both anxiety and depression. Other conditions treated with this class include PTSD and obsessive-compulsive disorder.**
   a. Prozac/Fluoxetine, Zoloft/sertraline, Paxil/paroxetine, Celexa/citalopram
      SIDE EFFECTS MAY INCLUDE: Insomnia, headache, sedation, restlessness, upset stomach, sexual dysfunction, withdrawal syndrome
   b. Remeron/mirtazapine
      SIDE EFFECTS MAY INCLUDE: Sedation, weight gain, and an increased appetite.
   c. Effexor/venlafaxine
      SIDE EFFECTS MAY INCLUDE: Insomnia, sedation, elevated BP sexual dysfunction, headache, vivid dreams & withdrawal syndrome.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



d.  Desyrel/Trazodone
SIDE EFFECTS MAY INCLUDE: Dry mouth, morning dizziness, headache, nausea and prolonged painful penile erection.

2)  **Mood Stabilizers:** This class of medication is primarily used to treat bipolar disorders but also may be used to treat mood swings and impulsivity.

a.  Lithium        SIDE EFFECTS MAY INCLUDE: Thirst, stomach upset, tremor in hands, acne-like rash, swelling, sedation, thyroid condition. **REQUIRES REGULAR BLOOD TESTING.**

b.  Depakote/valproate
SIDE EFFECTS MAY INCLUDE: Tremor, stomach upset, easy bruising, hair loss, weight gain and sedation. **REQUIRES REGULAR BLOOD TESTING.**

c.  Carbamazepine  SIDE EFFECTS MAY INCLUDE: Sedation, reduced WBC clumsiness, Rash. **REQUIRES REGULAR BLOOD TESTING**

d.  Lamictal/lamotrigine   SIDE EFFECTS MAY INCLUDE: Rash, Sedation, and Insomnia.

**IF RASH DEVELOPS \*STOP MEDICATION\* AND NOTIFY STAFF IMMEDIATELY!**

3)  **Neuroleptics (typical and atypical: This class of medication is used to treat hallucinations (hearing or seeing things) and delusions. The atypical neuroleptics may also be used for bipolar disorder alone or in combination with other medications.**

a.  **Typical neuroleptics** (Haldol/haloperidol, Prolixin/fluphenazine, Trilafon/perphenazine, Stelazine/trifluoperazine, Loxitane/loxapine, Navane/thiothixene
SIDE EFFECTS MAY INCLUDE: sedation, restlessness, dry mouth, muscle stiffness, tremor, abnormal muscular movements, sexual dysfunction, irregular menstrual periods, and heart irregularities. Your provider will screen regularly for abnormal muscle movements.

b.  **Atypical neuroleptics** (Zyprexa/olanzapine, Clozaril/clozapine, Geodon/ziprasidone, Risperdal/risperidone
SIDE EFFECTS MAY INCLUDE: sedation, restlessness, dry mouth, muscle stiffness, tremor, abnormal muscular movements, sexual dysfunction, irregular menstrual periods, elevated lipids, elevated blood sugar, heart irregularities. Your provider will screen regularly for abnormal muscle movements. **REQUIRES REGULAR BLOOD TESTING**

4)  **Antidyskinetics: This class of medication is used to treat the side effects of shaking or tremors from neuroleptics.**

Cogentin/benztropine, Benadryl/diphenhydramine
SIDE EFFECTS MAY INCLUDE: dry mouth, constipation, blurred vision, sedation, urinary retention.

5)  **Anxiolytics: This class of medication is used to treat anxiety. It may take up to a month to be effective.** Buspar/buspirone  SIDE-EFFECTS MAY INCLUDE: sedation, headache, weakness, GI upset

6) **Other Medications/Side-Effects**_____

_____

_____

Illinois Department of Corrections

**Psychiatric Progress Note**

Date: _____3.8.17_____     Facility _____Stateville Correctional Center_____

**Offender Name:**
Last, First, M.I.  GULLEY, LOUIS          ID Number: B18477          D.O.B.: 7/30/68

| Explain: |
| --- |

Aggressive Behavior Risk:

| Explain: |
| --- |

**10. Historical Reliability:**  Reliable ☑   Fairly reliable ☐   Unreliable ☐   Other ☐  _____

**11. Narrative Summary and Diagnostic Impressions**
(Provide evidence to support diagnosis and any relevant social concerns that contribute to the overall clinical picture. Include current risk assessment, including suicidal/homicidal thinking/plans, impulse control, insight, judgment, historical reliability, reason for diagnostic change or psychotropic medication changes or dosage change.)

48 yo AA Male, Seen for MH f/u. Good historian denies si/hi
thoughts. JM concerned ? meds making him have stiff muscles (side effect
of risperdal)

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:   Improved ☐   Remained same ☐   Worsened ☐

**12. DSM Psychiatric Diagnosis**

Schizophrenia

**Modified Global Assessment** _____ to _____

**Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI?**   Yes ☐   No ☐

**13. Psychiatric Plan**

☐ AIMS completed today     ☐ AIMS to be done by RN (if available)

☐ Labs   ☐ CMP   ☐ BMP   ☐ CBC+Plts   ☐ Thyroid Profile   ☐ Lithium   ☐ Carbamazepine
          ☐ VPA   ☐ Lipid Profile   ☐ A1C   ☐ EKG   ☐ Other: _____   ☐ Other: _____

☐ Needs medical referral for: _____

☐ Abdominal circumference: _____   ☐ BMI _____   ☐ BP/P _____
☐ Needs MHP referral for:   ☐ Sleep hygiene   ☐ Anger management   ☐ Trauma history   ☐ Psychometric testing
          ☐ Other: (Complete DOC 0387) _____

**Illinois Department of Corrections**

**Psychiatric Progress Note**

Date: _3 8 .17_     Facility _____ Stateville Correctional Center _____

**Offender Name:**
Last, First, M.I.  GULLEY, LOUIS          **ID Number:** B18477          **D.O.B.:** 7/30/68

☐ Directly observed therapy with thorough mouth checks due to HX of: _____

☐ Crush/float all Psychotropics due to  ☐ Hx of non-compliance  ☐ Hx of hoarding medications
   ☐ Other: _____

☒ Offender has been given a copy of the Psychotropic Medication Information brochure.

☒ I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the
offender.

☐ Offender's psychiatric condition is considered chronic and he/she has been psychiatrically stable on the same psychotropic
medication(s) at the same dose and has not been on crisis watch for the past 60 days.

☐ MTP modified today as a result of:  ☐ Diagnosis change/addition  ☐ Psychiatric decompensation
   ☐ Psychotropic medication dosage/usage: _____
   ☐ Other: _____

Recommended Disposition (Level of Care):  ☒ Continue  ☐ Refer to:  ☐ Transfer to:
   ☒ Outpatient Level of Care  ☐ Residential Treatment Unit  ☐ Inpatient  ☐ Crisis

Resultant Visit Type:  ☒ Unchanged from Scheduled Visit Type  ☐ Changed from Scheduled Visit Type

If Resultant Visit Type has changed from Scheduled Visit Type, explain the reason for the change:



**14. MEDICATION ORDERS**

| | Medication | Dosage | Instructions |
|---|---|---|---|
| ☐ Continue<br>☒ Discontinue<br>☐ Start | Risperdal<br>Depakote | 2mg<br>1500mg | HS<br>HS |
| | **Script/order** | | **Use Stock** |
| | ☒ Written<br>☐ T.O./Verbal or faxed to: | | ☐ Yes<br>☐ No |

Next Appointment Date: _1mo_          End Time: _11:58 AM_

**Evaluation completed by:**

| L NATHAN | MH NP | 3.8.17 | _(signature)_ |
|---|---|---|---|
| Print Name | Title | Date | Signature |




U.S. POSTAGE >> PITNEY BOWES

$ 007.20⁰
ZIP 60403
02.1W
0001394077 NOV 06 2017

IDOC INMATE
LEGAL MAIL.

11/13/2017-10

1:17-cv-08209
Judge Edmond E. Chang
Magistrate Judge Daniel G. Martin
PC11

~uis Gulley B-18477
. Box-112 ( Stateville C.C.,)
...iet, Illinois
60434

RECEIVED

NOV 1 3 2017

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton
Clerk United States District Court
219 South Dearborn St Floor 20 #
Chicago, Illinois
60604