**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Louis E Gulley

                                          Plaintiff,

v.                                                             Case No.: 1:17−cv−08209
                                                              Honorable Edmond E. Chang

Wexford Health Sources, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

      MINUTE entry before the Honorable Edmond E. Chang:Plaintiff's renewed motion for attorney representation [14] is denied without prejudice as the next step in this case is for Defendant Kelly to file an answer or other respond by 04/09/2018. Until that happens, Plaintiff need not take any action, so the assistance of counsel is unnecessary at this time. The status hearing of 03/02/2018 is reset to 04/12/2018 at 9:15 a.m. Defense counsel is requested to arrange for Plaintiff's telephonic appearance. The Clerk is directed to correct the caption to reflect that Dr. Jonathan Kelly is the sole Defendant. Emailed and mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.