**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS E. GULLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17 CV 08209 |
| | ) | |
| DR. JONATHAN KELLY, | ) | Honorable Judge Edmond E. Chang |
| | ) | |
| Defendants | ) | Honorable Judge Daniel G. Martin |
| | ) | |
| | ) | |

**DEFENDANT DR. JONATHAN KELLY'S MOTION TO DISMISS PLAINTIFF'S**
**COMPLAINT**

NOW COME Defendant, DR. JONATHAN KELLY, by and through his attorneys, BOLLINGER CONNOLLY KRAUSE, LLC, and, pursuant to Federal Rule 12(b)(6), hereby moves to dismiss Plaintiff's Complaint (Dkt. 10) for failure to state a claim upon which relief may be granted as fully set forth in the Memorandum of Law in Support of Defendant's Motion to Dismiss, filed concurrently and incorporated herein by reference.

WHEREFORE Defendant, DR. JONATHAN KELLY, respectfully requests this Honorable Court grant his Motion to Dismiss Plaintiff's Complaint with Prejudice (Dkt. #10) and for such other relief the Court deems just and appropriate including costs.

Respectfully Submitted,

DR. JONATHAN KELLY

By: ___/s/ Christopher Miller_____
*One of the Attorneys for Defendants*

1

Robert S. Tengesdal (#6288650)
Christopher M. Miller (#6321129)
BOLLINGER CONNOLLY KRAUSE LLC
500 West Madison Street
Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@bollingertrials.com
cmiller@bollingertrials.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and a copy of the foregoing document was sent via U.S. Mail to the following party:

**<u>Pro Se Plaintiff</u>**
Louis E. Gulley
Inmate #B18477
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

I hereby certify that on March 20, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

Illinois Department of Correction
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601
Doc.ilndnotices@illinois.gov

By: /s/  Christopher M. Miller