**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS E. GULLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17 CV 08209 |
| | ) | |
| DR. JONATHAN KELLY, | ) | Honorable Judge Edmond E. Chang |
| | ) | |
| Defendants | ) | Honorable Judge Daniel G. Martin |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

Please take notice that on **April 23, 2018 at 8:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will appear before the Judge Edmond E. Chang, or any other judge sitting in her stead, in Room 2119, at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present

- **Defendant Dr. Jonathan Kelly's Motion for HIPAA Qualified Protective Order**

a copy of which is enclosed herewith and served electronically upon you via the Court's ECF filing system and U.S. Mail to the Non-ECF participant.

Dated: April 13, 2018

                                                              Respectfully Submitted,

                                                              Dr. Jonathan Kelly

                                                              By:\_\_\_/s/ Christopher M. Miller_____
                                                              Attorney for Defendant

Robert S. Tengesdal (#6288650)
Christopher M. Miller (#6321129)
BOLLINGER CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@bollingertrials.com
cmiller@bollingertrials.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and a copy of the foregoing document was sent via U.S. Mail to the following party:

**Pro Se Plaintiff**
Louis E. Gulley
Inmate #B18477
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

      I hereby certify that on April 13, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

Illinois Department of Correction
100 W. Randolph Street
Suite 4-200
Chicago, IL 60601
Doc.ilndnotices@illinois.gov

      By: ___/s/ Christopher M. Miller___