UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Louis E Gulley
                              Plaintiff,

v.                                                  Case No.: 1:17−cv−08209
                                                         Honorable Edmond E. Chang

Jonathan Kelly, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 26, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Court−recruited counsel appeared and reported that he will be sending Plaintiff an initial letter and will make arrangements to meet with Plaintiff at the IDOC facility. The Court notifies Plaintiff's counsel that pro bono litigation resources are available on the District's website at http://www.ilnd.uscourts.gov, by clicking on the link to Resources for Pro Bono Attorneys in the Trial Bar. Another resource is an attorney with the Illinois Institute for Community Law, Mr. James P. Chapman, who may be reached at jamespchapman@aol.com or 312−593−6998. As discussed during the hearing, defense counsel reported that Defendants will defend the case on the merits rather than object to the vacatur of the judgment. Plaintiff's pro se motion to vacate judgment [45] is granted. The Court vacates the judgment. The Court directs the Clerk to reopen the case. Status hearing set for 06/18/2019 at 9:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.