Consent: 2-24-15
Aims: 2-24-15
B410

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

**Offender Name:** _Gossey Cows_       **ID#:** _B18477_       **DOB:** _7-30-68_
Last, First, MI

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

**Session Date/Time:** _4-22-15 / 8-2¹²_      **Session Duration:** _1 hr_

| | | | | | |
|---|---|---|---|---|---|
| **Appearance:** | ☒ Appropriate | ☐ Inappropriate | **Concentration:** | ☒ Appropriate | ☐ Inappropriate |
| **Behavior:** | ☐ Appropriate | ☒ Inappropriate | **Memory:** | ☒ Appropriate | ☐ Inappropriate |
| **Mood:** | ☒ Appropriate | ☐ Inappropriate | **Speech:** | ☒ Appropriate | ☐ Inappropriate |
| **Affect:** | ☐ Appropriate | ☒ Inappropriate | **Thoughts:** | ☒ Appropriate | ☐ Inappropriate |

**Subjective, Objective, Assessment**      W 67 248 lbs.
**SUBJECTIVE SYMPTOMS-**

**PSYCH MEDS-**

**COMPLIANCE-**

**SIDE EFFECTS-**

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-**

**BLOOD TEST RESULTS-**

**MENTAL STATUS EXAM (OBJECTIVE)-**

**AXIS I**
     II
     III
     IV
     V       68

**Plan**

| | |
|---|---|
| **Clinician Name** (Print) DR. KELLY | Signature _J. Kelly, up_ |
| **Facility** STATEVILLE | **Title** MD. PSYCHIATRIST |

 (77700-051) 01479

ILLINOIS DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH PROGRESS NOTE

**Offender Name:** _Gulley Lou_  
Last, First, MI  **ID#:** _B18477_  **DOB:** _____

**S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan**

| Session Date/Time: 6-17-15 2E - 2E | Session Duration: 56 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Appearance:** | ☑ Appropriate | ☐ Inappropriate | **Concentration:** | ☑ Appropriate | ☐ Inappropriate |
| **Behavior:** | ☑ Appropriate | ☐ Inappropriate | **Memory:** | ☑ Appropriate | ☐ Inappropriate |
| **Mood:** | ☑ Appropriate | ☐ Inappropriate | **Speech:** | ☑ Appropriate | ☐ Inappropriate |
| **Affect:** | ☐ Appropriate | ☑ Inappropriate | **Thoughts:** | ☑ Appropriate | ☐ Inappropriate |

**Subjective, Objective, Assessment**    Wt: 250 lbs.  Ht: 5'5"

**SUBJECTIVE SYMPTOMS-**

**Plan**

**PSYCH MEDS-**

**COMPLIANCE-**

**SIDE EFFECTS-**

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-**

**BLOOD TEST RESULTS-**

**MENTAL STATUS EXAM (OBJECTIVE)-**

**AXIS I**

**II**

**III**

**IV**

**V**

| Clinician Name (Print) DR. KELLY | Signature: _____ |
|---|---|
| Facility STATEVILLE | Title: MD, PSYCHIATRIST |

Distribution   Offender Medical File

**B.**

(77700-051) 01487

Consults: 4-22-15
MHM C-17-15
B415

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH PROGRESS NOTE**

Atms - no T.P.

**Offender Name:** GULLEY, Louis
Last, First, MI

**ID#:** B18477

**DOB:** 7-30-68

---

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment plan

---

**Session Date/Time:** 7-23-15  11⁰⁰ - 11²⁵    **Session Duration:** ¼ hr

| | | | | | |
|---|---|---|---|---|---|
| **Appearance:** | ☒ Appropriate | ☐ Inappropriate | **Concentration:** | ☐ Appropriate | ☒ Inappropriate |
| **Behavior:** | ☒ Appropriate | ☐ Inappropriate | **Memory:** | ☒ Appropriate | ☐ Inappropriate |
| **Mood:** | ☒ Appropriate | ☐ Inappropriate | **Speech:** | ☒ Appropriate | ☐ Inappropriate |
| **Affect:** | ☐ Appropriate | ☒ Inappropriate | **Thoughts:** | ☒ Appropriate | ☐ Inappropriate |

**Subjective, Objective, Assessment**

**SUBJECTIVE SYMPTOMS-** (wt - 245 lbs) flat

_____ now max? tk

_____ (left of the "dash" - )

_____ SPHN of the ____ meeting on 4-1-15

_____ A week ____

**PSYCH MEDS-** Depakote 1500 mg @ HS

_____ Risperdal 2mg @ HS

_____ Remeron 15mg @ HS

**COMPLIANCE-** of comply. Gof?

**SIDE EFFECTS-** "DK" - No gynecomastia, etc.

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-** "DK" "____ meds"

_____ "____ put in ____"

**BLOOD TEST RESULTS-** None

**MENTAL STATUS EXAM (OBJECTIVE)-** distracted

____ appr ____

No SI, HI. ____

**AXIS I** Bi Bipolar Dis. ____

**II** ____

**III** None now

**IV** ____

**V** 61

**Plan**

_____

_____

_____ 4° degree Zn 0 10

_____

"clohelp" - ____ client ____

_____ ____

_____ Q

_____ Cont = Depakote 15··mg @ HS

_____ Risperdal 2mg @ HS

_____ Remeron 15mg @ HS

_____ Bloodtests o'Word: VBS CBC, plt's

_____ LFT's, UA/RPS/Hb/AIC

_____ f/u 3 mos

---

**Clinician Name (Print):** DR. KELLY

**Facility:** STATEVILLE

**Signature:** D. Kelly, MD

**Title:** MD, PSYCHIATRIST

Offender Medical File



(77700-051) 01495

Consent: 9-23-15
AIMS: 1-12-16
B415

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH PROGRESS NOTE**

**Offender Name:** GULLEY, LOUIS
Last, First, MI

**ID#:** B18477    **DOB:** 7-30-68

S = subjective, offender self-report of presenting problem; O = objective, clinician view of presenting problem; A = assessment, clinician assessment of offender; P = plan, current plan, link to treatment pla

**Session Date/Time:** 4-27-16   1230-1250

| | | |
|---|---|---|
| Appearance: | ☒ Appropriate | ☐ Inappropriate |
| Behavior: | ☒ Appropriate | ☐ Inappropriate |
| Mood: | ☐ Appropriate | ☐ Inappropriate |
| Affect: | ☐ Appropriate— | ☐ Inappropriate |
| | ☐ Appropriate | ☒ Inappropriate— |

**Session Duration:** ½ hr

| | | |
|---|---|---|
| Concentration: | ☒ Appropriate | ☐ Inappropriate |
| Memory: | ☒ Appropriate | ☐ Inappropriate |
| Speech: | ☒ Appropriate | ☐ Inappropriate |
| Thoughts: | ☒ Appropriate | ☐ Inappropriate |

Subjective, Objective, Assessment
**SUBJECTIVE SYMPTOMS-**

WGT: 236 lbs

**PSYCH MEDS-** Depakote 1500mg CHS
Risperdal 2mg CHS
Benztropin 15mg CHS

**COMPLIANCE-**

**SIDE EFFECTS-**

**MEDICATION ALLERGIES-** NKDA

**MEDICAL PROBLEMS-**

**BLOOD TEST RESULTS-**

**MENTAL STATUS EXAM (OBJECTIVE)-**

**AXIS I**

II
III
IV
V    68

**Plan-**

Depakote 1500mg CHS
Risperdal 2mg CHS
Benztropin 15mg CHS

F/u 4wks

**Clinician Name** Phn/ID: O. KELLY
**Facility** STATEVILLE

**Signature** O. Kelly, MD
Title MD

(77700-051) 01531

(77700-051) 01532

ILLINOIS DEPARTMENT OF CORRECTIONS

## Mental Health Treatment Plan

Offender Name: _Gulley, Louis_     ID Number: _B18477_

☒ Offender Educated Regarding Medication Usage and Common Side Effects

Please use the space below to describe the reasons for the changes/update to the initial treatment plan.

☐ N/A – Initial Treatment Plan

Depakote (Level ___) 1500mg PO CHS

Risperdol 2mg PO CHS

Remeron 15mg PO CHS

( Told pt about potential for gynecomastia on Risperdol,
potential for T.D. (oral movements) )

(77700-051) 01533

Illinois Department of Corrections

**Psychiatric Progress Note**

Date: 3.8.17

Facility: Stateville Correctional Center

**Offender Name:**
Last, First, M.I.  GULLEY, LOUIS          ID Number: B18477          D.O.B.: 7/30/68

Start Time: 11.26 A          Signature of person completing this form: X

Allergies or medication sensitivity?  Yes ☐  No ☒  If yes, then describe: _____

Scheduled Visit Type:  Routine Follow Up (20 min) ☒          Complex Follow Up Evaluation (30 min) ☐

(Level of Care):  Outpatient ☒    Residential ☐    Inpatient ☐    Crisis ☐

Site of Visit:  Telepsychiatry ☐    Onsite Evaluation ☒    Other ☐  (identify): _____

Need for Interpreter?  Yes ☐  No ☒  If yes, Language: _____

Designation:  SMI ☐  GBMI ☐  Involuntary Psychotropics ☐  Other ☐  (Identify): _____

Has offender been on Crisis Watch since last psychiatric visit?  Yes ☐  No ☒

If yes, explain:



**1. Source of Information:** ☒ Offender  ☐ Mental Health Staff  ☐ Medical Staff  ☐ Mental Health Progress Notes
  (Check all that apply)      ☐ Medical Progress Notes  ☐ Mental Health Evaluation dated: _____
                ☐ Crisis Records          ☐ Other (identify): _____

**2. Chief Complaint:** Seen for MH f/u

**3. History of Present Illness:** none

**4. Labs:**  Were most recent laboratory results reviewed?  Yes ☐  No ☒

If yes, comment on abnormal results:


**5. CURRENT PSYCHOTROPIC MEDICATIONS:** None ☐          MAR reviewed: Yes ☒  No ☐

Is offender satisfied with current prescribed psychotropic medications?  Yes ☒  No ☐  Somewhat ☒

Explain why they are or are not satisfied with their current prescribed psychotropic medications:

Somewhat because, I'm having Muscle Stiffness

| Medication (name, dose, schedule) | Effectiveness | Compliance |
|---|---|---|
| Cogentin 1mg HS<br>Depakote 1500 mg HS<br>Benuron 15mg<br>Risperdal 2 Ac | ☒ Continues to be effective<br>☐ Somewhat effective<br>☐ Not currently effective | ☒ Compliant with medication<br>☐ Not currently compliant with this medication<br>☐ Refused _____ doses _____ days |
| **Side-effects** | Explain | |
| ☐ EPS  ☐ TD<br>☒ None  ☐ Other: | | |

E



(77700-051) 01573

Illinois Department of Corrections

**Psychiatric Progress Note**

Date _3 8 19_  Facility _Stateville Correctional Center_

Offender Name:
Last, First, M.I. GULLEY, LOUIS   ID Number: B18477   D.O.B.: 7/30/68

If offender is receiving neuroleptic medication, AIMS due at start and every 3-6 months thereafter. If offender is receiving 2nd generation neuroleptic, then metabolic monitoring is required. This includes personal, family Hx, BMI, waist circumference, BP, fasting plasma glucose, fasting lipid profile initially and at recommended time intervals per recommended psychiatric literature guidelines. Lithium, valproate, carbamazepine all require baseline laboratory evaluations and regular laboratory monitoring per recommended psychiatric literature guidelines. Periodic blood pressure & pulse monitoring recommended for SNRI's

**6. Medical/Mental Health — Female Specific:** ☒ Not Applicable

Is the offender currently pregnant? Yes ☐ No ☐

**7. Mental Status Examination**

| Posture/Gait: | ☒ Appropriate | ☐ Inappropriate | ☐ Slumped | ☐ Tense | ☐ Atypical | ☐ Rigid |

Behavior:
☒ Unremarkable    ☐ Poor physical boundaries    ☐ Posturing aggressively
☐ Tensed muscles    ☐ Closed body posture    ☐ Guarded/protective posturing
☐ Psychomotor retardation    ☐ Psychomotor agitation

Eye contact: ☒ Unremarkable    ☐ Avoids eye contact    ☐ Looks down in his/her lap
☐ Timid    ☐ Unfocused    ☐ Appropriate

Level of Appearance    ☒ Appropriately Groomed    ☐ Disheveled    ☐ Poor Hygiene    ☐ Malodorous

Level of consciousness: ☒ Alert    ☐ Clouded consciousness    ☐ Lethargic    ☐ Delirious    ☐ Somnolent

Level of Cooperation: ☒ Cooperative    ☐ Guarded/Suspicious    ☐ Hostile    ☐ Uncooperative

Orientation ☒ Ox4 (Time, place, person, reality)    ☐ OX _____ (list)    ☐ Disoriented

Attention    ☒ Appropriately focused    ☐ Selective attention/inattention    ☐ Distractible    ☐ Unaware

Speech ☒ Unremarkable    ☐ Slowed    ☐ Rapid    ☐ Inarticulate    ☐ Pressured
In tone: ☒ Unremarkable    ☐ Irritability    ☐ Terse    ☐ Impatience    ☐ Flatted tone

Thought Processes    ☒ Clear/Coherent    ☐ Circumstantial    ☐ Disorganized    ☐ Tangential
☐ Loose Association    ☐ Word Salad/Incoherent

Explain:

Thought content: ☐ Unremarkable    ☐ Paranoid    ☐ Delusional    ☐ Excessive religiosity    ☐ Referential

Explain: _WNL_

Perceptions: ☐ Hallucination    ☐ Auditory    ☐ Visual    ☐ Olfactory    ☐ Somatic    ☐ Illusions

Explain: _WNL_

Affect: ☐ Unremarkable (Euthymic)    ☐ Constricted    ☐ Expansive    ☐ Blunt/Inexpressive    ☐ Flat
☐ Hyperthymic    ☐ Euphoric    ☐ Dysthymic    ☐ Manic    ☒ Appropriate    ☐ Inappropriate

Offender description of his or her mood
_Busy, mind c i... 5mr-ng, w3mins can it's_



(77700-051) 01574

Illinois Department of Corrections

**Psychiatric Progress Note**

Date _____ 3.8.17 _____     Facility _____ Stateville Correctional Center

**Offender Name:**
Last, First, M.I.   GULLEY, LOUIS     ID Number: B18477     D.O.B.: 7/30/68

---

## 8. Suicide Screening Potential

Are you currently having suicidal thoughts?    Yes ☐   No ☒     If no, may continue to Section 9.
If yes, explain and complete the following questions:

Do you currently have a suicide plan?    Yes ☐   No ☐
If yes, explain:

Have you ever attempted suicide?   Yes ☐   No ☐    If yes, number of attempts: _____
Date of most recent attempt: _____    Method of attempt: _____

Have you had a well-planned/highly lethal suicide attempt or ideation?    Yes ☐   No ☐
If yes, explain:

Do you have a history of self mutilation (i.e. self inflicted cuts, burns, etc. done just because or to bleed, etc.)?    Yes ☐   No ☐
If yes, explain:

Are you having thoughts of harming someone else?    Yes ☐   No ☐
If yes, explain:

Do you believe you have a social support system?    Yes ☒   No ☐
If yes, explain:     Wife, children, siblings

Have you ever been accused or found guilty of sexual assault or sexual misconduct in a jail or prison setting?    Yes ☐   No ☐
If yes, explain:

Do you have a history of family or friends who have attempted or committed suicide?    Yes ☐   No ☐
Who and when: _____

Have you experienced a rejection or loss within the past six months?    Yes ☐   No ☐
If yes, explain:

Are you worried about a major problem other than your legal situation (i.e. terminal illness, etc.)?    Yes ☐   No ☐
If yes, explain:

Are you experiencing feelings of hopelessness or helplessness?    Yes ☐   No ☐

---



**E**     (77700-051) 01575

Illinois Department of Corrections

**Psychiatric Progress Note**

Date:                          Facility          Stateville Correctional Center

Offender Name:
Last, First, M.I.   GULLEY LOUIS          ID Number: B18477          D.O.B.: 7/30/68

If yes, explain:

---

Have you experienced feelings of guilt or worthlessness?     Yes ☐     No ☐
If yes, explain:

---

Are you experiencing any signs of depression (i.e. changes in sleep patterns, loss of interest, self-loathing)?     Yes ☐     No ☐
If yes, explain

---

Are you experiencing any signs of anxiety?          Yes ☐     No ☐
If yes, describe:

---

Estimate of Suicide Risk:   None ☐      Low ☒      Moderate ☐      High ☐
Explain

---

9. Aggressive Behavior Assessment

Are you currently experiencing aggressive or homicidal thoughts?   Yes ☐   No ☒   If no, then continue to Section 10
What are these thoughts?  (include whom they are directed towards, plan, means)

---

Any past aggressive behaviors?          Yes ☐     No ☐
Describe:

---

Any legal or disciplinary consequences of past aggression?     Yes ☐     No ☐
Describe:

---

Any neurological or neurocognitive disorders or symptoms?     Yes ☐     No ☐
Describe:

---

Any violent behaviors in family members?   Yes ☐     No ☐
Describe:

---

Currently Psychotic?     Yes ☐     No ☒

---

E          (77700-051) 01576

Illinois Department of Corrections
**Psychiatric Progress Note**

Date _3 8 17_          Facility          Stateville Correctional Center

**Offender Name:**
Last, First, M.I.   GULLEY, LOUIS          ID Number: B18477          D.O.B.: 7/30/68

Explain:

Aggressive Behavior Risk:
Explain:

**10. Historical Reliability:** Reliable ☑   Fairly reliable ☐   Unreliable ☐   Other ☐ _____

**11. Narrative Summary and Diagnostic Impressions**
(Provide evidence to support diagnosis and any relevant social concerns that contribute to the overall clinical picture. Include current risk assessment, including suicidal/homicidal thinking/plans, impulse control, insight, judgment, historical reliability, reason for diagnostic change or psychotropic medication changes or dosage change.)

_48 y/o AA Male. Seen for MH f/u. Good historian denies s/HI_
_0 s/symptoms. MH concerned @ meds making him have stiff muscles (side effect_
_of risperdal)_

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have:   Improved ☐   Remained same ☐   Worsened ☐

**12. DSM Psychiatric Diagnosis**

_Schizophrenic_

Modified Global Assessment _____ to _____

Based upon diagnosis, Modified GAF and need for
supportive services, Offender is designated SMI?   Yes ☐   No ☐

**13. Psychiatric Plan**

☐ AIMS completed today     ☐ AIMS to be done by RN (if available)

☐ Labs   ☐ CMP   ☐ BMP   ☐ CBC+Plts   ☐ Thyroid Profile   ☐ Lithium   ☐ Carbamazepine

　　　　☐ VPA   ☐ Lipid Profile   ☐ A1C   ☐ EKG   ☐ Other: _____   ☐ Other: _____

☐ Needs medical referral for: _____

☐ Abdominal circumference: _____   ☐ BMI _____   ☐ BP/P _____

☐ Needs MHP referral for:   ☐ Sleep hygiene   ☐ Anger management   ☐ Trauma history   ☐ Psychometric testing
　　☐ Other: (Complete DOC 0387)

E

(77700-051) 01577

Illinois Department of Corrections

**Psychiatric Progress Note**

Date. 3 8 17                                        Facility _____ Stateville Correctional Center

**Offender Name:**
Last, First, M.I.  GULLEY, LOUIS          **ID Number:** B18477          **D.O.B..** 7/30/68

☐ Directly observed therapy with thorough mouth checks due to HX of: _____

☐ Crush/float all Psychotropics due to   ☐ Hx of non-compliance   ☐ Hx of hoarding medications
    ☐ Other: _____

☒ Offender has been given a copy of the Psychotropic Medication Information brochure.

☒ I have verbally reviewed any medication changes, side-effects, risks and benefits of treatment or refusing treatment with the offender.

☐ Offender's psychiatric condition is considered chronic and he/she has been psychiatrically stable on the same psychotropic medication(s) at the same dose and has not been on crisis watch for the past 60 days.

☐ MTP modified today as a result of:   ☐ Diagnosis change/addition   ☐ Psychiatric decompensation
    ☐ Psychotropic medication dosage/usage: _____
    ☐ Other: _____

Recommended Disposition (Level of Care)   ☒ Continue   ☐ Refer to:   ☐ Transfer to:
                    ☒ Outpatient Level of Care   ☐ Residential Treatment Unit   ☐ Inpatient   ☐ Crisis

Resultant Visit Type:   ☒ Unchanged from Scheduled Visit Type   ☐ Changed from Scheduled Visit Type

If Resultant Visit Type has changed from Scheduled Visit Type, explain the reason for the change

**14. MEDICATION ORDERS**

|  | Medication | Dosage | Instructions |
|---|---|---|---|
| ☐ Continue ☒ Discontinue ☐ Start |  |  |  |
|  |  |  |  |

|  | Script/order |  | Use Stock |
|---|---|---|---|
|  | ☒ Written | | ☐ Yes |
|  | ☐ T.O./Verbal or faxed to | | ☐ No |

Next Appointment Date:  1 mo                                    End Time:  11:53 AM

**Evaluation completed by:**

| L NATHAN | LPN  RN | 3.8.17 | (signature) |
|---|---|---|---|
| Print Name | Title | Date | Signature |

E

(77700-051) 01578

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional** _____ Center

Offender Information:

GULLEY          LOUIS          ID# B18477
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-8-18<br>8:00A | **Nurse/CMT Tx Protocol: Muscle Strain / Joint Pain** | MD/sc 6-12-18 |
| | **S)** " My chest on the right side hurts" | **P)**<br>**Refer to MD:** |
| | What caused the pain (lifting, sports, etc)? no<br><br>Was there and injury? no | Any suspected fracture, difficulty walking, numbness, severe pain or swelling, deformity<br>And / or fever |
| | How long has pain been present?<br>about 3 years | Inability to bear weight or use the affected body part |
| | Describe location, type, characteristic & pattern of pain<br>®Side of chest, throbbing pain | **No MD Referral:** |
| | What precipitates the pain? Alleviates the pain?<br>" not that I noticed" | Cold compresses times 12 hrs, then warm moist packs as necessary<br>Elevate affected part |
| | Was swelling immediate or delayed?<br><br>Weakness or numbness? no | Acetaminophen 325 mg, 1-2 tablets t.i.d. PRN X 3 days, or ibuprofen 200 mg 1-2 tablets t.i.d. with meals PRN X 3 days |
| | Was a "pop" heard when the body was injured?<br>no | Crutches ( if indicated ) for 3 days<br>Lay in ( if indicated) for up to 3 days |
| | **O)**<br><br>T 98.4  P 70  R 16  BP 132/80<br>Wt 232 | **Patient Teaching:**<br><br>- Medication use<br>- Use of hot/cold packs |
| | Note appearance at rest and at movement?<br>same | - Avoid lifting, sports or strenuous activity until area has healed and free of pain approximately 2 weeks |
| | Ecchymosis, redness, bruising?<br>no | Importance of proper body mechanics to avoid injury |
| | Swelling?<br>yes | If injury could have been prevented, instruct on future safety measures ( warm up before exercises). |
| | Tenderness on examination?<br>yes | - Importance of F/U to MD if symptoms fail to resolve within 5 days or if symptoms worsen |
| | Limited ROM?<br>no | **COMPLETE INJURY REPORT**<br><br>$5.00 Co-pay applied   yes or (No) |
| | **A)** Muscle strain / Joint Pain | L. Leinandorff RN |

F

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Stateville Correctional** _____ Center

Offender Information:

Age 50 yr | Last Name: Gulley | First Name: Louis | MI: | ID# B18471

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 0730 4/25/18 BP 111/77 | SO – R/o ① Headache x 6 mos | |
| HR 76 | ② Gynecomastia Bilateral | |
| R 14 | ③ ® Breast > L Breast | |
| ut 238 | Pt treat is on | PLAN |
| | Respidal medication which has tendency, as suggested, to cause Gynecomastia + | ① X-ray of L-S spine |
| | He of falling from top bunk and hitting his head on the floor – past Hx – None other | ② ↑ agg testing + DC Respidal for Psyche to take note |
| | Allergies = none Family Hx – None | |
| | PE – Conscious, alert, oriented x 3 | |
| | Chest – Clear, Bilat Gynecomastia, RSL CVS ⊖ WNL. | |
| | Abd – Soft HEENT = Normal Extremities = normal | |
| | A ① Bilat Gynecomastia ② Headache ③ Low back Pain | |