**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Louis E. Gulley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cv-08209 |
| ) | |
| Dr. Jonathan Kelly, ) | Honorable Edmond E. Chang |
| ) | |
| Defendant. ) | |

## STATUS REPORT OF PLAINTIFF LOUIS E. GULLEY

Louis E. Gulley, by and through his attorneys, Jenner & Block LLP, respectfully submits this status report pursuant to this Court's Order of July 27, 2020. [ECF No. 96].

Pursuant to this Court's Order, plaintiff's counsel reports that on August 13, 2020 they conducted an attorney-client telephone interview with Mr. Gulley. Counsel have also conferred with defense counsel and the Illinois Department of Corrections in order to schedule plaintiff's remote video deposition for October 29th.

Pursuant to subpoena served upon the Department of Corrections, additional medical records for Mr. Gulley have been received. Defendant has also served upon plaintiff's counsel Rule 26 initial disclosures, Rule 34 document requests, and Rule 33 interrogatories.

Plaintiff's counsel is investigating the current whereabouts of Dr. Okezie, a treating physician at Stateville Correctional Center who created a medical record noting that Mr. Gulley had gynecomastia. Dr. Okezie apparently no longer works at Stateville Correctional Center.

Further investigation by plaintiff's counsel continues.

Respectfully submitted,

By: */s/ William D. Heinz*
One of the Attorneys for Plaintiff

William D. Heinz
wheinz@jenner.com
Richard P. Steinken
rsteinken@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: 312-222-9350

## **CERTIFICATE OF SERVICE**

William D. Heinz, an attorney, hereby certifies that on August 19, 2020, he caused a true and correct copy of the foregoing STATUS REPORT to be electronically filed with the Clerk of the Court through ECF and to be served upon all counsel of record by filing same with the CM/ECF System.

<em>/s/ William D. Heinz</em>