UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS E. GULLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17 CV 08209 |
| | ) | |
| DR. JONATHAN KELLY, | ) | Honorable Judge Edmond E. Chang |
| | ) | |
| Defendants | ) | Honorable Judge Daniel G. Martin |
| | ) | |
| | ) | |

## THE PARTIES' JOINT STATUS REPORT

NOW COME the Parties, Plaintiff LOUIS E. GULLEY and Defendant DR. JONATHAN KELLY, by and through their respective counsel, and for their Joint Status Report pursuant to the Court's May 6, 2021 Order (Dkt. 109) state as follows:

1. Since the last Status Report, Plaintiff has taken Dr. Christian Okezie's deposition.

2. Both parties agree to the following schedule: (1) 30 days for rule 26 (a)(2) disclosures including supplementing the prior 26 (a)(2)(C) disclosures to July 15th; (2) Dispositive motions to be filed by September 1, 2021.

Respectfully Submitted,

LOUIS E. GULLEY

By: ___/s/ William D. Heinz_____
*One of the Attorneys for Plaintiff*

William D. Heinz
wheinz@jenner.com
Richard P. Steinken
rsteinken@jenner.com
Sean M. Lopez
slopez@jenner.com

1

JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456
TEL: 312-222-9350

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and a copy of the foregoing document was served upon all counsel of record by filing the same with the CM/ECF system and also sent via U.S. Mail to the following party:

Robert S. Tengesdal (#6288650)
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@cktrials.com

                                                       By:   /s/   Sean M. Lopez