**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS E. GULLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17 CV  08209 |
| | ) | |
| DR. JONATHAN KELLY, | ) | Honorable Judge Edmond E. Chang |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

**THE PARTIES' JOINT STATUS REPORT**

NOW COME the Parties, Plaintiff LOUIS E. GULLEY and Defendant DR. JONATHAN

KELLY, by and through their respective counsel, and for their Joint Status Report pursuant to the

Court's July 21, 2021 Order (Dkt. 114) state as follows:

1.  As evidenced by the exchange of settlement correspondence on file with the court, the

    defense has declined to make any offer in response to plaintiff's settlement demand.

    There has been no change in that status. Plaintiff's counsel asserts that there are genuine

    issues of material fact that would be inappropriate to resolve by summary judgment.

    Therefore, plaintiff does not intend to file a motion for summary judgment.

2.  Dr. Kelly will be filing a motion for summary judgment.

> Respectfully Submitted,
>
> LOUIS E. GULLEY
>
> By: ____/s/ William D. Heinz_____
> *One of the Attorneys for Plaintiff*

William D. Heinz
wheinz@jenner.com

1

Richard P. Steinken
rsteinken@jenner.com
Sean M. Lopez
slopez@jenner.com
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456
TEL: 312-222-9350

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and a copy of the foregoing document was served upon all counsel of record by filing the same with the CM/ECF system and also sent via U.S. Mail to the following party:

Robert S. Tengesdal (#6288650)
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@cktrials.com


By:___/s/___Sean M. Lopez___